**The Law Offices of Jeffrey Lohman, P.C.**
Ibrahim Muhtaseb – Bar # 299472
4740 Green River Road
Suite 219
Corona, CA 92880
(866) 329-9217 – Ext. 1008
(657) 246-1311 - fax
Email: IbrahimM@jlohman.com
Attorneys for Plaintiff,
ROSARIO DE LEON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO DE LEON, | ) Case No.: 5-17-CV-01801-NC |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL** |
| | ) |
| CAPITAL ONE, N.A.., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that Plaintiff ROSARIO DE LEON hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE, N.A.. The parties, through their undersigned attorneys, have settled this action pursuant to a General Release and Settlement Agreement. A

- 1 -

VOLUNTARY DISMISSAL; CASE NO. 5-17-CV-01801-NC

responsive pleading has not been filed in this action. Plaintiff gives this notice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

RESPECTFULLY SUBMITTED,

DATED:  May 18, 2017

**THE LAW OFFICE OF JEFFREY LOHMAN, P.C.**

By: _/s/ Ibrahim Muhtaseb_____
IBRAHIM MUHTASEB

Attorney for Plaintiff
Email: IbrahimM@jlohman.com